FILED

98 SEP 25 AM 9: 33

U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DAVID BYERS, STEWART EDMONDS, and DAN LEFILES, ] ] ] Plaintiff(s), ] ] vs. ] SNAP-ON TOOLS COMPANY, INC., ] a Delaware Corporation; THOMSON ] PUBLISHING CORPORATION, d/b/a ] MITCHELL INTERNATIONAL, INC., ] a Delaware Corporation; MITCHELL ] REPAIR INFORMATION COMPANY, ] LLC, a Delaware Corporation; and E. ] C. THOMAS, ] ] Defendant(s). ] | CV 98-N-0884-S |

ENTERED
SEP 25 1998

### Memorandum of Decision

The magistrate judge entered an order remanding this action on July 6, 1998. The defendants filed objections following which the magistrate judge entered an amendment to his order of remand wherein he addressed certain objections raised by the defendants, but concluded again that the action should be remanded. The defendants continue to object.

The court has examined the file, along with the orders of the magistrate judge and the defendants' objections thereto and has reached an independent conclusion that the magistrate judge correctly determined that the action should be remanded. The court does not necessarily adopt all of the findings, conclusions, and reasoning of the magistrate judge but has determined that, based upon the evidence presented, there is more than a

reasonable possibility that the plaintiffs will be able to establish a claim in state court against the non-diverse defendant.

For these reasons, the defendants' objections will be overruled and the action will be remanded to the Circuit Court of Jefferson County, Alabama.

Done, this 24th of September, 1998.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

2